UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRACY SANDERS, ARIANA THOMPSON, TANIKA JONES, ALEXIS THOMPSON, and ZACKA GOMES, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>           Plaintiffs,<br><br>v.<br><br>MCCLURE AND STEVENSON INVESTMENTS, LLC and FELISHA STEVENSON,<br><br>           Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-2007-SCJ |

## D E F A U L T   J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge, on Plaintiffs' Motion for Default Judgment against McClure and Stevenson Investments, LLC, in the amount of $23,367.10 and the Court having granted said motion, it is

**Ordered and Adjudged** that judgment is entered in favor of Plaintiffs **Tracy Sanders** in the amount of **$4,500.95**; **Ariana Thompson** in the amount of **$4,806.45**; **Tanika Jones** in the amount of **$4,500.94**; **Alexis Thompson** in the amount of **$4,582.95**; and **Zacka Gomes** in the amount of **$4,975.81.**

Dated at Atlanta, Georgia this 20th day of June, 2016.

                                          JAMES N. HATTEN
                                          CLERK OF COURT

                                          By:  s/Rebecca Spratt
                                                    Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   June 20, 2016
James N. Hatten
Clerk of Court

By:  s/Rebecca Spratt
      Deputy Clerk